# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hoang Thanh Chau, | No. CV-26-03050-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., | |
| Respondent. | |

Petitioner challenges her current immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.)  Respondents filed a response to the Petition. (Doc. 7.)  The Court will direct Respondents to file a status update.

In their Response, Respondents state Petitioner's removal order became final on approximately March 3, 2026. (Doc. 7).  At that point, Petitioner was subject to mandatory detention for 90 days under 8 U.S.C. § 1231(a)(2).  Continued detention of Petitioner after that point is discretionary, however. 8 U.S.C. § 1231(a)(6).  That discretion is not unfettered, and indefinite detention is not permitted. *Zadvydas*, 533 U.S. at 689.

Because Petitioner appears to remain in detention, which how now exceeded the 90-day mandatory detention period required by § 1231(a)(2), the Court will direct Respondents to provide a status update as to their efforts to remove Petitioner.  Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS THEREFORE ORDERED** that no later than August 19, 2026, Respondents must provide a status update as to the efforts to remove Petitioner.

Dated this 12th day of August, 2026.

Honorable Diane J. Humetewa
United States District Judge